IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAMON YOUNG,

      Plaintiff,

v.

BRIAN OWENS, Commissioner;
Director SMITH; Chaplain Director
DANNY HORNE; BRUCE CHATMAN,
Warden; VALIANT LYTE, Chaplain;
Deputy Warden JOHN PAUL;
RANDY TILLMAN, Facilities Operation
Director; JOHNNY SIKES, Deputy
Director; JACK KOON, Administration
Support Services; TOM McELHENNEY,
Offender Administration Manager;
JACKIE L. KELSEY, Assistant Manager;
and SUZANNE YORK, Center
Referral Coordinator,

      Defendants.

CIVIL ACTION NO.: CV613-032

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. Plaintiff's Objections are without merit and are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's monetary damages claims against Defendants in their official capacities and

his monetary damages claims made pursuant to the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000cc-1, *et seq.* ("RLUIPA"), are **DISMISSED**.

**SO ORDERED**, this 20 day of November, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)