IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAMON YOUNG,

    Plaintiff,

v.

CIVIL ACTION NO.: CV613-032

BRIAN OWENS, Commissioner;
ARNOLD SMITH, Director; Chaplain
Director DANNY HORNE; BRUCE
CHATMAN, Warden; VALIANT
LYTE, Chaplain; Deputy Warden JOHN
PAUL; RANDY TILLMAN, Facilities
Operation Director; JOHNNY SIKES,
Deputy Director; JACK KOON,
Administration Support Services;
TOM McELHENNEY, Offender
Administration Manager; JACKIE
L. KELSEY, Assistant Manager; and
SUZANNE YORK, Center
Referral Coordinator,

    Defendants.

## ORDER

Plaintiff, an inmate currently incarcerated at Valdosta State Prison in Valdosta, Georgia, has moved this Court to issue a Preliminary Injunction in his civil complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff filed this action contesting certain conditions of his confinement while he was incarcerated at Georgia State Prison in Reidsville, Georgia. Plaintiff is requesting that the Court issue an order compelling officials at Valdosta State Prison to allow him to keep his religious items that were transferred with him in the Chaplain's office or some other secure location inside the prison. Defendants have filed a response. Officials at Valdosta State Prison are not parties to this case; therefore, the Court lacks the authority to grant Plaintiff the relief he seeks. If Plaintiff believes his constitutionally protected rights

are being violated at Valdosta State Prison, he may file a complaint in the United States District Court for the Middle District of Georgia after exhausting his administrative remedies. Plaintiff's Motion for issuance of a Preliminary Injunction is hereby **DENIED**.

**SO ORDERED**, this 30 day of June, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)