IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAMON YOUNG,

    Plaintiff,

v.

CIVIL ACTION NO. CV613-032

BRIAN OWENS, Commissioner;
Director SMITH; Chaplain Director
DANNY HORNE; BRUCE CHATMAN,
Warden; VALIANT LYTE, Chaplain;
Deputy Warden JOHN PAUL;
RANDY TILLMAN, Facilities Operation
Director; JOHNNY SIKES, Deputy
Director; JACK KOON, Administration
Support Services; TOM McELHENNEY,
Offender Administration Manager;
JACKIE L. KELSEY, Assistant Manager;
and SUZANNE YORK, Center
Referral Coordinator,

    Defendants.

## ORDER

Plaintiff has filed a Motion for Voluntary Dismissal. (Doc. 101) Defendants have neither previously filed a counterclaim nor responded in opposition to Plaintiff's Motion. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this case is **DISMISSED**, without prejudice. The Clerk is hereby authorized and directed to close this case.

**SO ORDERED**, this \_\_\_1\_\_\_ day of \_\_April_____, 2015.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA